ACCEPTED
03-14-00385-CV
3905189
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:00:16 PM
JEFFREY D. KYLE
CLERK



## ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

January 26, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/26/2015 5:00:16 PM

JEFFREY D. KYLE
Clerk

*Via e-file*
Mr. Jeffrey D. Kyle
Clerk, Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:  Cause No. 03-14-00385-CV; *Sunset Transportation, Inc. and MEL Transport, Inc v. Texas Department of Transportation, et. al.*; Filed in the Third Court of Appeals.

District Court Cause No. D-1-GN-09-001874; *Sunset Transportation, Inc. et al v. TxDOT*; In the 126th District Court of Travis County, Texas

Dear Mr. Kyle:

The Texas Department of Transportation ("TxDOT") submits this letter, pursuant to the Court's letter, dated January 26, 2015, to notify the Court of our intention to argue the above cause before the Court on February 25, 2015 at 1:30 p.m.

Thank you for your assistance in this matter. Please feel free to contact me at the number below should you have any questions.

Sincerely,

AMY KOVAR OWENS
Assistant Attorney General
Transportation Division
Telephone: (512) 463-2004
Telecopier: (512) 472-3855

c:  Kent J. Lisenby          *Via Fax* (866) 381-4215
The Lisenby Law Firm, P.C.
P.O. Box 101236
Fort Worth, Texas 76185
*Attorney for Appellants*